Marc Aaron Goldbach SBN 139318
marc.goldbach@goldbachlaw.com
Goldbach Law Group
111 W. Ocean Blvd., Suite 400
Long Beach, CA 90802
562-696-0582/888-771-5425

Attorneys for Plaintiff and CounterClaim Defendant MNE Trucking, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MNE TRUCKING, INC. DBA SIBRIAN TRUCKING,<br><br>Plaintiff,<br><br>vs.<br><br>OJ COMMERCE, LLC,<br><br>Defendant | Case No.: 2:23-CV-05742-HDV-AFM<br><br>COUNTER CLAIM DEFENDANT MNE TRUCKING, INC'S ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM PLAINTFF OJ COMMERCE, LLC'S   COUNTERCLAIMS |

OJ COMMERCE, LLC, a Delaware limited liability company,

Counter Claimant,

vs.

MNE TRUCKING, INC. dba SIBRIAN TRUCKING, a California corporation,

Counter-Defendant.

---

**Plaintiff, MNE Trucking, Inc.'s Answer and Affirmative Defenses to OJ Commerce Counterclaims Against MNE Trucking, Inc.**

COUNTER CLAIM DEFENDANT MNE TRUCKING, INC'S ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM PLAINTFF OJ COMMERCE, LLC'S   COUNTERCLAIMS - 1

Plaintiff MNE TRUCKING, INC. ("MNE"), by and through the undersigned counsel, hereby respectfully files this Answer and Affirmative Defenses to OJ Commerce, LLC's Counterclaim (ECF 33).

## ANSWER

MNE denies each and every allegation contained in OJ Commerce, LLC's ("OJC") Counterclaim that is not specifically admitted in this Answer.

Subject to the foregoing, MNE hereby Answers OJC's Counterclaim as follows:

1. MNE denies the allegations contained in paragraphs 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 32, 33, 34, 35, 38, 39, 41, 42, 43, 44, 47, 48, 49, 50, and 51.

2. OJC is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraphs 1, 2, 3, 4, 13, 30, 36, 37, 40, 45, 46, and therefore denies the same.

3. MNE admits the allegations in paragraphs 5, 6, and 31.

4. MNE denies that OJC is entitled to any of the remedies OJC seeks in its Prayer for Relief.

## AFFIRMATIVE DEFENSES

1. OJC's claims are barred in whole or in part because of unclean hands because of OJC's failing to pay, and/or other fraud, as alleged in Plaintiff's Amended Complaint.

2. OJC's claims are barred in whole or in part because of waiver and failure of consideration because of OJC's fraud and failure to pay for services rendered.

3. OJC's claims are barred in whole or in part by OJC's prior breach of contract due to OJC's failure to pay for services rendered.

COUNTER CLAIM DEFENDANT MNE TRUCKING, INC'S ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM PLAINTFF OJ COMMERCE, LLC'S    COUNTERCLAIMS - 2

4. OJC's claims are barred in whole or in part by OJC's failure to mitigate its damages, if any, by its course of conduct, and by purportedly continuing to incur "charges" even after the purported agreement identified in Plaintiff's Amended Complaint was allegedly terminated and canceled.

5. OJC's claims are barred in whole or in part by OJC's negligence.

6. OJC's claims are barred in whole or in part by OJC's fraud because of OJC's fraudulent conduct, and its failing to pay for services as described in Plaintiff's Amended Complaint.

7. OJC's alleged acts or omissions were the direct and/or proximate cause of Plaintiff's damages.

8. OJC's claims are barred in whole or in part by OJC's failure to state a claim upon which relief can be granted.

9. MNE reserves the right to assert additional defenses based on information learned during discovery.

Respectfully submitted,

GOLDBACH LAW GROUP

DATED: February 8, 2024

By:/s/ Marc Aaron Goldbach

Marc Aaron Goldbach

GOLDBACH LAW GROUP
111 W. Ocean Blvd., Ste. 400
Long Beach, CA 90802
T: (562) 696-0582

Attorneys for Plaintiff,
MNE Trucking, Inc.

COUNTER CLAIM DEFENDANT MNE TRUCKING, INC'S ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM PLAINTFF OJ COMMERCE, LLC'S    COUNTERCLAIMS - 3

## PROOF OF SERVICE

The undersigned certifies that the foregoing document, PLAINTIFF MNE'S ANSWER AND AFFIRMATIVE DEFENSES TO OJC's COUNTERCLAIMS, was filed electronically in compliance with Local Rule 5-3.2 and Federal Rules of Civil Procedure. As such, this document was served on all counsel deemed to have consented to electronic service. Local Rule 5-4.1.3. All other counsel of record or per se parties not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mai, as identified below:

NONE.

On this day of February 8 2024.                    By:/s/ Marc Aaron Goldbach
                                                   Marc Aaron Goldbach

COUNTER CLAIM DEFENDANT MNE TRUCKING, INC'S ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM PLAINTFF OJ COMMERCE, LLC'S   COUNTERCLAIMS - 4