Matthew L. Kinley, Esq.
State Bar No. 144046
KINLEY LAW PRACTICE
235 E. Broadway, No. 210
Long Beach, California 90802
matt@kinleylawpractice.com
Phone: 562-522-3563

Attorney for Plaintiff MNE TRUCKING, INC.
dba SIBRIAN TRUCKING

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MNE TRUCKING, INC. dba SIBRIAN TRUCKING, a California corporation;<br><br>Plaintiff,<br><br>vs.<br><br>OJ COMMERCE, LLC, a Delaware limited liability company, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-CV-05742-HDV-AJR<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MATTHEW L. KINLEY**<br><br>HON. HERNÁN D. VERA<br><br>Date: June 26, 2025<br>Time: 10:00 a.m.<br>Dept.:  CTRM 5B<br><br>Discovery cutoff: July 9, 2025<br>Pre-Trial Conference: Dec. 9, 2025<br>Trial: Dec. 16, 2025 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Matthew L. Kinley attorney of record for Plaintiff and Counter Defendant MNE Trucking, Inc., dba Sibrian Trucking, hereby moves this Court for an order permitting withdrawal as counsel of record in the above-captioned matter, pursuant to Local Rule 83-2.3 of the Central District of California and applicable

law. The motion will be heard on June 26, 2025 at 10:00 a.m. in Courtroom 5B, at the United States District Court, Central District of California, located at 350 W. 1st Street, 5th Floor, Los Angeles, California. This motion is based on the accompanying memorandum of points and authorities, the declaration of Matthew L. Kinley, and all pleadings and papers on file in this action.

The grounds for this motion are ethical obligations under the California Rules of Professional Conduct and irreconcilable differences with MNE Trucking, Inc. which require counsel to seek to withdrawal. These same issues render continued representation unreasonably difficult. Withdrawal will not cause undue prejudice to MNE Trucking, Inc. or other parties, as the case is in sufficient time remains for MNE Trucking, Inc. to retain new counsel before the trial scheduled for December 16, 2025.

MNE Trucking has been informed of this motion by telephone and by mail, including all upcoming dates.

Pursuant to LR 7-3, counsel for Plaintiff and Counter Defendant MNE Trucking, Inc. and Defendant and Counter Claimant OJ Commerce, LLC conferred on May 8, 2025, about the substance of this motion.

DATED: May 20, 2025                                KINLEY LAW PRACTICE

By: _____
Matthew L Kinley
Attorney for Plaintiff/Counter Defendant
MNE Trucking, Inc. dba Sibrian Trucking

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

### I. INTRODUCTION

Matthew L. Kinley, counsel for MNE Trucking, Inc., dba Sibrian Trucking, respectfully requests to withdraw as counsel due to ethical obligations and irreconcilable differences that prevent continued representation. Continued representation would violate the California Rules of Professional Conduct and the American Bar Association (ABA) Model Rules of Professional Conduct. This motion is made in accordance with Local Rule 83-2.3, Federal Rule of Civil Procedure 83, and applicable ethical standards. Withdrawal will not cause undue prejudice to MNE Trucking, Inc. or other parties, as the case as the trial is scheduled for October 7, 2025, allowing sufficient time for MNE Trucking, Inc. to retain new counsel.

### II. LEGAL STANDARD

Under Local Rule 83-2.3 of the Central District of California, an attorney may withdraw as counsel of record with the Court's approval, provided the withdrawal does not cause undue delay or prejudice to the client or other parties. The California Rules of Professional Conduct permit withdrawal when continued representation would result in a violation of ethical rules (Cal. Rule Prof. Conduct 1.16) or when the client's conduct renders representation unreasonably difficult (Cal. Rule Prof. Conduct 1.16). Similarly, the ABA Model Rules require withdrawal when continued representation would violate professional obligations (ABA Model Rule 1.16.)

3

### III. GROUNDS FOR WITHDRAWAL

Counsel seeks to withdraw due to ethical obligations that preclude continued representation. Specifically, counsel has determined that continued representation would violate professional duties under the California Rules of Professional Conduct and the ABA Model Rules of Professional Conduct. Additionally, irreconcilable differences have arisen between counsel and MNE Trucking, Inc. rendering effective representation unreasonably difficult. To avoid disclosing privileged or confidential communications, counsel respectfully limits the details provided and requests an in-camera hearing if the Court requires further explanation. These circumstances justify withdrawal under Local Rule 83-2.3 and California Rule of Professional Conduct 1.16.

### IV. NO PREJUDICE TO PARTIES

Withdrawal at this stage will not cause undue prejudice to MNE Trucking, Inc. or other parties. The case is currently in the discovery phase, with the discovery deadline set for May 9, 2025. Counsel has taken reasonable steps to ensure all discovery obligations are met or in process, including advising MNE Trucking, Inc. of the deadline and providing necessary materials. The trial is scheduled for October 7, 2025, providing MNE Trucking, Inc. sufficient time to retain new counsel or proceed pro se. Counsel has informed MNE Trucking, Inc. of this motion and their obligation to secure new representation, in compliance with Local Rule 83-2.3.2. Other parties will not be prejudiced, as withdrawal will not delay the proceedings or affect their rights.

## V. COMPLIANCE WITH LOCAL RULES

Counsel has complied with Local Rule 83-2.3 by providing written notice to MNE Trucking, Inc. of this motion and their rights and obligations upon withdrawal. Counsel will continue to represent MNE Trucking until the Court grants this motion and will comply with all Court orders regarding the transition of representation.

## VI. UPCOMING DEADLINES AND HEARINGS

The following are key upcoming deadlines and hearings in this matter, as of May 20, 2025, which counsel has advised MNE Trucking, Inc. to ensure a smooth transition:

Discovery Deadline-July 9, 2025

Motions Deadline- August 21, 2025

Final Pretrial Conference-December 9, 2025

Jury Trial-December 16, 2025

Also, a joint summary judgment motion is expected to be filed on May 9, 2025 and heard by the court in late June. The motion has been fully briefed.

Trial date provides ample time for client to retain new counsel. These deadlines demonstrate that withdrawal will not disrupt the case timeline, as significant milestones remain months away, allowing MNE Trucking, Inc. to prepare with new counsel or pro se.

# VII. CONCLUSION

For the foregoing reasons, counsel respectfully requests that the Court grant this motion and permit Matthew L Kinley to withdraw as counsel of record for MNE Trucking, Inc. If the Court requires further explanation, counsel requests an in-camera hearing to address the matter while preserving client confidentiality.

DATED: May 8, 2025                                     KINLEY LAW PRACTICE

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Matthew L Kinley
　　　　　　　　　　　　　　　　　　　　　　　　　Matthew L Kinley
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff and Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　MNE Trucking, Inc.

6

# DECLARATION OF MATTHEW L. KINLEY

I, Matthew L Kinley, declares as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before the United States District Court, Central District of California. I am counsel of record for MNE Trucking, Inc. in the above-captioned matter.

2. I seek to withdraw as counsel due to ethical obligations that prevent continued representation. Specifically, I have determined that continued representation would violate my professional duties.

3. Irreconcilable differences have arisen between myself and MNE Trucking, Inc., rendering continued representation unreasonably difficult.

4. To avoid disclosing privileged or confidential communications, I have limited the details provided in this declaration and the accompanying motion. If the Court requires further explanation, I respectfully request an in-camera hearing to address the matter while preserving client confidentiality.

5. I have provided written notice to Will Sibrian, my contact at MNE Trucking, Inc. of this motion, their right to object, and their obligation to retain new counsel or proceed pro se. Proof of Service is attached. I have also advised MNE Trucking, Inc. of all relevant deadlines, including the discovery deadline on July 9, 2025 and the Jury Trial date of December 16, 2025

6. Withdrawal at this stage will not cause undue prejudice to MNE Trucking, Inc. or other parties, as the case is in the discovery phase, and the trial is scheduled for December 16, 2025. MNE has sufficient time to secure new counsel or proceed pro se.

7. I will comply with all Court orders regarding the transition of representation and will continue to represent MNE Trucking, Inc. until this motion is granted.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 20th day of May, 2025 in Long Beach, California.

_____
Matthew L Kinley

8