Shlomo Y. Hecht
sam@hechtlawpa.com
Shlomo T Hecht, P.A.
3076 North Commerce Parkway
Miramar, FL 33025
T: 954-861-0025

Aaron W. Davis (Admitted *Pro Hac Vice*)
davis@valhallalegal.com
**VALHALLA LEGAL, PLLC**
P.O. Box 735
Custer, SD 57730-0735
T: 763-957-2397

Attorneys for Defendant
OJ COMMERCE, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MNE TRUCKING, INC. dba SIBRIAN TRUCKING, a California corporation;<br><br>Plaintiff,<br><br>vs.<br><br>OJ COMMERCE, LLC, a Delaware limited liability company,<br><br>Defendant. | No.: 2:23-CV-05742-HDV-AJRx<br><br>**JOINT STIPULATION TO CONTINUE REMOTE HEARING ON MOTION FOR SUMMARY JUDGMENT**<br><br>Trial Date: 9/15/2026<br><br>HON. HERNÀN D. VERA |

1
STIPULATION AND ORDER RE HEARING DATE

Plaintiff MNE TRUCKING, INC. dba SIBRIAN TRUCKING ("MNE") and Defendant OJ COMMERCE, LLC ("OJC"), by and through their undersigned counsel, hereby jointly stipulate and agree as follows:

WHEREAS, on November 4, 2025, Defendant OJC filed a Notice of Motion and Motion for Summary Judgment (Dkt. 173), with the remote hearing currently set for January 29, 2026, at 1:30 p.m.;

WHEREAS, counsel for Defendant OJC has an emergent conflict that just arose due to the recent severe winter storms throughout the United States and will be unavailable during the current time for the remote hearing;

WHEREAS, the parties have conferred and agree that good cause exists to continue the remote hearing until February 5, 2026, at 10:00 a.m. to accommodate this conflict and other scheduling constraints of counsel;

WHEREAS, this continuance will not prejudice either party, as trial is currently set for September 15, 2026, and the requested continuance will not impact the overall case schedule or require modification of any other deadlines;

WHEREAS, this is the second joint request for a continuance of this hearing date, and the parties submit that good cause exists based on the unforeseen scheduling conflict and mutual agreement;

NOW, THEREFORE, the parties respectfully request that the Court enter an order continuing the remote hearing on the Motion for Summary Judgment (Dkt. 173) to February 5, 2026, at 10:00 a.m., or the next available date.

STIPULATED AND AGREED:

Dated: January 28, 2026					KINLEY LAW PRACTICE

							By: /s/ Matthew L. Kinley
							Attorneys for Plaintiff MNE TRUCKING, INC.

Dated: January 28, 2026					VALHALLA LEGAL, PLLC

							By: /s/ Aaron W. Davis
							Attorneys for Defendant OJ COMMERCE

PROOF OF SERVICE

The undersigned certifies that the documents, Joint Stipulation to Continue Hearing on Motion for Summary Judgment, and [Proposed] Order, were filed electronically in compliance with Local Rule 5-3.2 and Federal Rules of Civil Procedure. As such, these documents were served on all counsel deemed to have consented to electronic service. Local Rule 5-4.1.3. All other counsel of record or pro se parties not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail, as identified below: NONE.

On this 28th day of January, 2026.

By: /s/ Shlomo Y. Hecht