1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MNE TRUCKING, INC. dba SIBRIAN TRUCKING, a California corporation; <br><br>       Plaintiff, <br><br>     vs. <br><br> OJ COMMERCE, LLC, a Delaware limited liability company, <br><br>       Defendant. | No.  2:23-CV-05742-HDV-AJRx <br><br> **[PROPOSED] ORDER APPROVING THE PARTIES' JOINT STIPULATION TO CONTINUE REMOTE HEARING ON MOTION FOR SUMMARY JUDGMENT** |

THIS CAUSE came before the Court on the parties' Joint Stipulation to Continue Hearing on Motion for Summary Judgment ("Stipulation").

The Court has carefully considered the papers in conjunction with the Stipulation. It is hereby ORDERED AND ADJUDGED:

1.    The Stipulation is APPROVED.

2.    The hearing on Defendant's Motion for Summary Judgment (Dkt. 173), currently scheduled to be held remotely on January 29, 2026, at 1:30 p.m., is CONTINUED to February 5, 2026, at 10:00 a.m.

3.      The hearing is being held remotely via Zoom or other videoconference platform, with connection details to be provided by the Courtroom Deputy.  Counsel shall appear remotely unless otherwise ordered.

        IT IS SO ORDERED.


Dated:                                    _____

                                          HON. HERNÁN D. VERA
                                          UNITED STATES DISTRICT JUDGE